﻿Citation Nr: 19158985
Decision Date: 07/30/19 Archive Date: 07/30/19

DOCKET NO. 14-00 861
DATE: July 30, 2019

REMANDED

Entitlement to dependency and indemnity compensation (DIC) benefits based on helpless child status.

REASONS FOR REMAND

The Veteran had active service from February 1941 to May 1946. The Veteran died in January 1989, and the appellant is his surviving child. 

This matter comes before the Board of Veterans’ Appeals (Board) on appeal of a rating decision by a Department of Veterans Affairs (VA) Regional Office (RO). In November 2017, this matter was remanded for additional development. The case is again before the Board for appellate review. 

Another remand is warranted for additional development. 

First, the nature of any benefits the appellant receives from the Social Security Administration (SSA) should be clarified. The record indicates that the RO requested information from SSA and that SSA responded that it did not have medical evidence pertaining to the appellant. Nevertheless, the record indicates that the appellant has received Supplemental Security Income (SSI). On remand, an attempt should be made to determine when the appellant began receiving such benefits. 

Second, the RO should request relevant information pursuant to two VA Forms 21-4142 completed by the appellant. Records pertaining to treatment provided by a Dr. Lawrence Lopez should be requested. In June 2013, the appellant asserted that this physician treated her for psychiatric illness which dates back to her youth, and which she claims caused her permanent incapacity for self support since childhood. Records pertaining to high school should also be requested. The appellant completed a 21-4142 for such records in September 2013. In December 2013, she indicated that her high school should have information pertaining to her illnesses during school. 

The matter is REMANDED for the following action:

1. Determine the nature of any benefits the appellant receives from SSA (e.g., SSI) and the date of entitlement to such benefits. 

(Continued on the next page)

 

2. Pursuant to VA Forms 21-4142 provided by the appellant, request relevant medical evidence from Dr. Lawrence Lopez, and from the appellant’s high school.

 

G. A. WASIK

Veterans Law Judge

Board of Veterans’ Appeals

ATTORNEY FOR THE BOARD Christopher McEntee, Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential, and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.